

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

ANNEMARIE JONES
AJONES@SOKOLOFFSTERN.COM

May 27, 2025

**By ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

           Re:    *Senior v. Oglethorpe University.*
                    Docket No. 1:25-cv-01303-MMG

Your Honor:

       This firm represents Defendant Oglethorpe University. Pursuant to the Court's Order dated February 18, 2025 (Doc. No. 6), the parties submit this joint letter to respectfully request a 3-week extension—from May 26, 2025 to June 16, 2025—to submit a joint letter regarding the status of settlement discussions. This extension is necessary to give the parties sufficient time to discuss and due to the press of other matters. This is our first request for an extension of this deadline, and Plaintiff consents to the extension.

       Thank you for your attention to this matter.

                                                               Respectfully submitted,

                                                               SOKOLOFF STERN LLP

                                                               ANNEMARIE JONES

cc:     **By ECF**

> Application GRANTED. The parties shall file their joint letter, in accordance with the Court's February 18, 2025 Order, no later than **June 16, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 12.
>
> SO ORDERED. Date: 5/27/2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE