# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795  www.gottlieblaw.net

June 16, 2025

**VIA ECF**
The Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Milagros Senior v. Oglethorpe University, Inc.*
          Case No.: 1:25-cv-01303-MMG

Dear Judge Garnett,

Counsel for Plaintiff, Milagros Senior, On Behalf of Herself and All Other Persons Similarly Situated ("Plaintiff"), and Counsel for Defendant, Oglethorpe University, Inc., ("Defendant") (collectively, the "Parties") in the above-referenced matter write pursuant to Your Honor's Order on May 27, 2025 (Dkt. 13).

The parties have been in communication and are optimistic that the matter will be resolved. We jointly write to respectfully request an additional thirty days to negotiate and finalize a potential settlement.

We sincerely thank Your Honor and this Court for its time and attention to this matter.

Respectfully submitted,

/s/Jeffrey M. Gottlieb, Esq.

Jeffrey M. Gottlieb, (JG-7905)
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal
*Attorneys for Plaintiffs*

/s/Annemarie Susan Jones, Esq.

Annemarie Susan Jones, Esq.
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514
Phone: 516-334-4500
ajones@sokoloffstern.com
*Attorneys for Defendant*

It is hereby ORDERED that the parties shall file a status letter regarding their settlement efforts no later than **July 16, 2025**. If prior to that date the parties reach a settlement in principle, it is further ORDERED that the parties shall promptly advise the Court by way of a letter filed on ECF.

SO ORDERED.  Date: 6/16/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE